■ In the Matter of BORISLAV CHERNYY, a Suspended Attorney. [999 NYS2d 895]—

Motion by Borislav Chernyy for reinstatement to the bar as

an attorney and counselor-at-law. Mr. Chernyy was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 23, 2011. By decision and order on motion of this Court dated October 19, 2012, the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts was authorized to institute and prosecute a disciplinary proceeding against him, and the issues raised were referred to David I. Ferber, as Special Referee, to hear and report. By opinion and order of this Court dated March 5, 2014, Mr. Chernyy was suspended from the practice of law for a period of six months, commencing April 4, 2014, based on a single charge of professional misconduct (see *Matter of Chernyy*, 116 AD3d 107 [2014]).

Upon the papers filed in support of the motion, and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Borislav Chernyy is reinstated as an attorney and counselor-at law and the Clerk of the Court is directed to restore the name of Borislav Chernyy to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Skelos, Dillon and Sgroi, JJ., concur.